UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: ) CHAPTER 7
)
KEVIN O. JOHNSON ) CASE NO. 11-85569
TINA L. JOHNSON, )
)
Debtors. )

## NOTICE OF MOTION TO APPROVE WAIVER OF DISCHARGE

The Trustee, Stephen G. Balsley, has filed a Motion to Approve Waiver of Discharge in the above-captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Court, 327 South Church Street, Room 1100, Rockford, IL 61101, or
2. Attend the hearing scheduled to be held on **July 8, 2013 at 10:00 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to Attorney Stephen G. Balsley, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drivet, Rockford, IL 61108.

If you file a response, attend the hearing on the motion scheduled to be held on, **July 8, 2013 at 10:00 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Dated: June 13, 2013

_____
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

## PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

And

KEVIN O. JOHNSON
207 W. STATE STREET
SYCAMORE, IL 60178

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on June 14, 2013.

*/s/ Carolyn M. Baan*

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 11-85569<br>Northern District of Illinois<br>Rockford<br>Mon Jan 30 13:20:24 CST 2012 | U.S. Bankruptcy Court<br>Western Division<br>211 S. Court Street<br>Rockford, IL 61101-1222 | Arnoldharris<br>600 West Jackson Suite 710<br>Chicago, IL 60661-5682 |
| Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501-1598 | Bank Of America, N.A.<br>450 American St<br>Simi Valley, CA 93065-6285 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Children's Memorial Hospital<br>2300 Children's Plaza<br>Saint Charles, IL 60174-3394 | Children's Surgical Foundation, Inc<br>Van Ru Credit Corporation<br>1350 E. Touy Ave, Sute 100<br>Des Plaines, IL 60018-3303 |
| Cisco, Inc<br>Ron Gentry ext 3383<br>1702 Townhurst Dr.<br>Houston, TX 77043-2811 | Copy All Service<br>2901 N. Peoria<br>Peru, IL 61354-1277 | David Miller<br>Baker & Miller, P.C.<br>29 N. Wacker Dr., 5th Floor<br>Chicago, IL 60606-2854 |
| Delnor Community Hospital<br>Mail Processing Center<br>P.O. Box 739<br>Moline, IL 61266-0739 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| Fox Valley Women&Children's Health<br>3310 W. Main Street #200<br>Saint Charles, IL 60175-1024 | GFC Leasing<br>PO Box 2290<br>Madison, WI 53701-2290 | Home Pages<br>American marketing & Publishing LLC<br>POB 982<br>DeKalb, IL 60115-0982 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | IRS<br>Deparment of Treasury<br>P.O. Box 804527<br>Cincinnati, OH 45280-4527 | Isac<br>1755 Lake Cook Rd<br>Deerfield, IL 60015-5209 |
| Kelley Investments, LLC<br>c/o James Kelley, Agent<br>964 Ginger Lane<br>Geneva, IL 60134-4643 | Kimberly A. Polke<br>501 Georjean Court<br>Sycamore, IL 60178-2905 | Leasecomm<br>16 Ne Exec Office Park S<br>Burlington, MA 01803-5217 |
| Marian C. Johnson<br>Kevin A. Johnson<br>P.O. Box 138<br>Barrington, IL 60011 | Med Busi Bur<br>1460 Renaissance Drive Ste 400<br>Park Ridge, IL 60068-1349 | Medical Business Bureau, LLC<br>P.O. Box 1219<br>Park Ridge, IL 60068-7219 |
| Merchants Credit Guide<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606-6908 | Neopost Inc<br>P.O. Box 45800<br>San Francisco, CA 94145-0800 | Pediatric Anesthesia Ass Ltd<br>75 Remittance Dr, Suite 6187<br>Chicago, IL 60675-6187 |

Rachel E. Stephens
Lathrop & Gage
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618

Smith, Wykes & Oncken
513 W. State St.
Sycamore, IL 60178-1327

State Collection Servi
2509 S Stoughton Rd
Madison, WI 53716-3314

Thomson West
P.O. Box 64833
Saint Paul, MN 55164-1804

Trans Union LLC
P.O. Box 99506
Chicago, IL 60693-9506

Transworld Systems
Collection Agency
1375 E. Woodfield Rd, # 110
Schaumburg, IL 60173-5423

Tri City Radiology
9410 Compubill Drive
Orland Park, IL 60462-2627

Verizon Directories
P.O. Box  619480
Dallas, TX 75261-9480

WDKB-FM
2201 N. First Street
DeKalb, IL 60115-1800

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

Yellowbook U.S.A.
2201 Renaissance Blvd.
King of Prussia, PA 19406-2766

K. O. Johnson
Law Office of K.O. Johnson
901 N. First Street
DeKalb, IL 60115-2395

Kevin O Johnson
1648 Maness Court
Sycamore, IL 60178-2910

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715-2635

Stephen G Balsley
Barrick, Switzer, Long, Balsley, etal
6833 Stalter Drive
Rockford, IL 61108-2582

Tina L Johnson
1648 Maness Court
Sycamore, IL 60178-2910

William L. Hotopp
Law Offices Of William L. Hotopp
222 E. Church Street
Sandwich, IL 60548-2202


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Cap One
Po Box 85520
Richmond, VA 23285

End of Label Matrix
Mailable recipients    46
Bypassed recipients     0
Total                  46

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| KEVIN O. JOHNSON | ) | CASE NO. 11-85569 |
| TINA L. JOHNSON, | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION TO APPROVE WAIVER OF DISCHARGE

NOW COMES the Chapter 7 Trustee, STEPHEN G. BALSLEY, and moves the Court to approve a Waiver of Discharge pursuant to § 727(a)(10) of the Debtor, KEVIN O. JOHNSON, a copy of which is attached hereto.

/s/ Stephen G. Balsley
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| KEVIN O. JOHNSON and | ) | CASE NO. 11-85569 |
| TINA L. JOHNSON, | ) | |
| | ) | |
| Debtors. | ) | |

### WAIVER OF DISCHARGE

I, KEVIN O. JOHNSON, Debtor in the above captioned Chapter 7 bankruptcy proceeding, do hereby waive discharge pursuant to § 727(a)(10) of the United States Bankruptcy Code.

Executed this 12 day of June, 2013.

_____
KEVIN O. JOHNSON