UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| KEVIN O. JOHNSON | ) | CASE NO. 11-85569 |
| TINA L. JOHNSON, | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF MOTION TO ABANDON PROPERTY

The Trustee, Stephen G. Balsley, has filed a Motion with the Court in the above-captioned case requesting that he be allowed to abandon all of the assets in this case including any uncollected account receivables.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Court, 327 South Church Street, Room 1100, Rockford, IL 61101, or
2. Attend the hearing scheduled to be held on **July 8, 2013 at 10:00 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to Attorney Stephen G. Balsley, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.

If you file a response, attend the hearing on the motion scheduled to be held on **July 8, 2013 at 10:00 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Dated: June 17, 2013

_____
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
  BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

## PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

AND

KEVIN AND TINA JOHNSON
204 WEST STATE STREET
SYCAMORE, IL 60178

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on June 14, 2013.

*Cindy M. Baan*

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone: 815/962-6611
FAX: 815/962-0687

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 11-85569<br>Northern District of Illinois<br>Rockford<br>Mon Jan 30 13:20:24 CST 2012 | U.S. Bankruptcy Court<br>Western Division<br>211 S. Court Street<br>Rockford, IL 61101-1222 | Arnoldharris<br>600 West Jackson Suite 710<br>Chicago, IL 60661-5682 |
| Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501-1598 | Bank Of America, N.A.<br>450 American St<br>Simi Valley, CA 93065-6285 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Children's Memorial Hospital<br>2300 Children's Plaza<br>Saint Charles, IL 60174-3394 | Children's Surgical Foundation, Inc<br>Van Ru Credit Corporation<br>1350 E. Touy Ave, Sute 100<br>Des Plaines, IL 60018-3303 |
| Cisco, Inc<br>Ron Gentry ext 3383<br>1702 Townhurst Dr.<br>Houston, TX 77043-2811 | Copy All Service<br>2901 N. Peoria<br>Peru, IL 61354-1277 | David Miller<br>Baker & Miller, P.C.<br>29 N. Wacker Dr., 5th Floor<br>Chicago, IL 60606-2854 |
| Delnor Community Hospital<br>Mail Processing Center<br>P.O. Box 739<br>Moline, IL 61266-0739 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| Fox Valley Women&Children's Health<br>3310 W. Main Street #200<br>Saint Charles, IL 60175-1024 | GFC Leasing<br>PO Box 2290<br>Madison, WI 53701-2290 | Home Pages<br>American marketing & Publishing LLC<br>POB 982<br>DeKalb, IL 60115-0982 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | IRS<br>Deparment of Treasury<br>P.O. Box 804527<br>Cincinnati, OH 45280-4527 | Isac<br>1755 Lake Cook Rd<br>Deerfield, IL 60015-5209 |
| Kelley Investments, LLC<br>c/o James Kelley, Agent<br>964 Ginger Lane<br>Geneva, IL 60134-4643 | Kimberly A. Polke<br>501 Georjean Court<br>Sycamore, IL 60178-2905 | Leasecomm<br>16 Ne Exec Office Park S<br>Burlington, MA 01803-5217 |
| Marian C. Johnson<br>Kevin A. Johnson<br>P.O. Box 138<br>Barrington, IL 60011 | Med Busi Bur<br>1460 Renaissance Drive Ste 400<br>Park Ridge, IL 60068-1349 | Medical Business Bureau, LLC<br>P.O. Box 1219<br>Park Ridge, IL 60068-7219 |
| Merchants Credit Guide<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606-6908 | Neopost Inc<br>P.O. Box 45800<br>San Francisco, CA 94145-0800 | Pediatric Anesthesia Ass Ltd<br>75 Remittance Dr, Suite 6187<br>Chicago, IL 60675-6187 |

| | | |
|---|---|---|
| Rachel E. Stephens<br>Lathrop & Gage<br>2345 Grand Blvd., Suite 2200<br>Kansas City, MO 64108-2618 | Smith, Wykes & Oncken<br>513 W. State St.<br>Sycamore, IL 60178-1327 | State Collection Servi<br>2509 S Stoughton Rd<br>Madison, WI 53716-3314 |
| Thomson West<br>P.O. Box 64833<br>Saint Paul, MN 55164-1804 | Trans Union LLC<br>P.O. Box 99506<br>Chicago, IL 60693-9506 | Transworld Systems<br>Collection Agency<br>1375 E. Woodfield Rd, # 110<br>Schaumburg, IL 60173-5423 |
| Tri City Radiology<br>9410 Compubill Drive<br>Orland Park, IL 60462-2627 | Verizon Directories<br>P.O. Box 619480<br>Dallas, TX 75261-9480 | WDKB-FM<br>2201 N. First Street<br>DeKalb, IL 60115-1800 |
| West Payment Center<br>P.O. Box 6292<br>Carol Stream, IL 60197-6292 | Yellowbook U.S.A.<br>2201 Renaissance Blvd.<br>King of Prussia, PA 19406-2766 | K. O. Johnson<br>Law Office of K.O. Johnson<br>901 N. First Street<br>DeKalb, IL 60115-2395 |
| Kevin O Johnson<br>1648 Maness Court<br>Sycamore, IL 60178-2910 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 | Stephen G Balsley<br>Barrick, Switzer, Long, Balsley, etal<br>6833 Stalter Drive<br>Rockford, IL 61108-2582 |
| Tina L Johnson<br>1648 Maness Court<br>Sycamore, IL 60178-2910 | William L. Hotopp<br>Law Offices Of William L. Hotopp<br>222 E. Church Street<br>Sandwich, IL 60548-2202 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

End of Label Matrix
Mailable recipients    46
Bypassed recipients     0
Total                  46

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| KEVIN O. JOHNSON | ) | CASE NO. 11-85569 |
| TINA L. JOHNSON, | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION TO ABANDON PROPERTY

NOW COMES the Trustee, by his attorney, STEPHEN G. BALSLEY, and moves the Court for an Order to abandon all of the assets in this case including any uncollected account receivables, and in support thereof states as follows:

1. The Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on December 31, 2011.

2. STEPHEN G. BALSLEY is the duly qualified and acting Trustee in said Chapter 7 bankruptcy proceeding.

3. The United States Bankruptcy Section 554(a) and Bankruptcy Rule 6007(a) provides that the Trustee may abandon property burdensome or inconsequential value to the bankruptcy estate upon Notice to parties in interest.

4. Included in the assets of the bankruptcy estate are account receivables in the approximate sum of $1,790,000.00.

5. To date, despite repeated efforts, the Trustee has collected $2,330.00 of the account receivables.

6. The Trustee proposes to abandon his interest in the account receivables as burdensome and of inconsequential value to the bankruptcy estate for the following reasons:

    (a) The Trustee believes that the cost of pursuing collection of the account receivables is not justified in relation to the likelihood of collection.

7. The aforesaid account receivables are burdensome and of inconsequential value to the bankruptcy estate and to the Trustee in the administration of the bankruptcy estate.

WHEREFORE, the Trustee moves the Court to abandon his interest in the account receivables.

_____
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687