UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                                    )          CHAPTER 7
                                                          )
KEVIN O. JOHNSON and                                      )          CASE NO. 11-85569
TINA L. JOHNSON,                                          )
                                                          )
          Debtors.                                        )

### NOTICE OF MOTION TO COMPROMISE CONTROVERSY

The Trustee, Stephen G. Balsley, has filed a Motion to Compromise Controversy in the above captioned matter.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Clerk's Office at 327 South Church Street, Room 1100, Rockford, IL  61101, or
2. Attend the hearing scheduled to be held on **July 8, 2013 at 10:00 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL  61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to Attorney Stephen G. Balsley, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL  61108.

If you file a response, attend the hearing on the motion scheduled to be held on **July 8, 2013 at 10:00 a.m.** at the United States Bankruptcy Court, 327 S. Church Street, Room 3100, Rockford, IL  61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Dated: June ___6___, 2013

_____
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

**PROOF OF SERVICE**

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

AND

KEVIN AND TINA JOHNSON
207 WEST STATE STREET
SYCAMORE, IL 60178

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on June 14, 2013.

*/s/ Cindy M. Baam*

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
  BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

```
Label Matrix for local noticing        U.S. Bankruptcy Court              Arnoldharris
0752-3                                  Western Division                   600 West Jackson Suite 710
Case 11-85569                           211 S. Court Street                Chicago, IL 60661-5682
Northern District of Illinois           Rockford, IL 61101-1222
Rockford
Mon Jan 30 13:20:24 CST 2012

Bank Of America                         Bank Of America, N.A.              (p)CAPITAL ONE
Po Box 1598                             450 American St                    PO BOX 30285
Norfolk, VA 23501-1598                  Simi Valley, CA 93065-6285         SALT LAKE CITY UT 84130-0285


Chase                                   Children's Memorial Hospital       Children's Surgical Foundation, Inc
Po Box 15298                            2300 Children's Plaza              Van Ru Credit Corporation
Wilmington, DE 19850-5298               Saint Charles, IL 60174-3394       1350 E. Touy Ave, Sute 100
                                                                           Des Plaines, IL 60018-3303


Cisco, Inc                              Copy All Service                   David Miller
Ron Gentry ext 3383                     2901 N. Peoria                     Baker & Miller, P.C.
1702 Townhurst Dr.                      Peru, IL 61354-1277                29 N. Wacker Dr., 5th Floor
Houston, TX 77043-2811                                                     Chicago, IL 60606-2854


Delnor Community Hospital               Discover Fin Svcs Llc              First Premier Bank
Mail Processing Center                  Po Box 15316                       601 S Minnesota Ave
P.O. Box 739                            Wilmington, DE 19850-5316          Sioux Falls, SD 57104-4868
Moline, IL 61266-0739


Fox Valley Women&Children's Health      GFC Leasing                        Home Pages
3310 W. Main Street #200                PO Box 2290                        American marketing & Publishing LLC
Saint Charles, IL 60175-1024            Madison, WI 53701-2290             POB 982
                                                                           DeKalb, IL 60115-0982


Hsbc Bank                               IRS                                Isac
Po Box 5253                             Deparment of Treasury              1755 Lake Cook Rd
Carol Stream, IL 60197-5253             P.O. Box 804527                    Deerfield, IL 60015-5209
                                        Cincinnati, OH 45280-4527


Kelley Investments, LLC                 Kimberly A. Polke                  Leasecomm
c/o James Kelley, Agent                 501 Georjean Court                 16 Ne Exec Office Park S
964 Ginger Lane                         Sycamore, IL 60178-2905            Burlington, MA 01803-5217
Geneva, IL 60134-4643


Marian C. Johnson                       Med Busi Bur                       Medical Business Bureau, LLC
Kevin A. Johnson                        1460 Renaissance Drive Ste 400     P.O. Box 1219
P.O. Box 138                            Park Ridge, IL 60068-1349          Park Ridge, IL 60068-7219
Barrington, IL 60011


Merchants Credit Guide                  Neopost Inc                        Pediatric Anesthesia Ass Ltd
223 W Jackson Blvd Ste 4                P.O. Box 45800                     75 Remittance Dr, Suite 6187
Chicago, IL 60606-6908                  San Francisco, CA 94145-0800       Chicago, IL 60675-6187
```

| | | |
|---|---|---|
| Rachel E. Stephens<br>Lathrop & Gage<br>2345 Grand Blvd., Suite 2200<br>Kansas City, MO 64108-2618 | Smith, Hykes & Oncken<br>513 W. State St.<br>Sycamore, IL 60178-1327 | State Collection Servi<br>2509 S Stoughton Rd<br>Madison, WI 53716-3314 |
| Thomson West<br>P.O. Box 64833<br>Saint Paul, MN 55164-1804 | Trans Union LLC<br>P.O. Box 99506<br>Chicago, IL 60693-9506 | Transworld Systems<br>Collection Agency<br>1375 E. Woodfield Rd, # 110<br>Schaumburg, IL 60173-5423 |
| Tri City Radiology<br>9410 Compubill Drive<br>Orland Park, IL 60462-2627 | Verizon Directories<br>P.O. Box 619480<br>Dallas, TX 75261-9480 | WDKB-FM<br>2201 N. First Street<br>DeKalb, IL 60115-1800 |
| West Payment Center<br>P.O. Box 6292<br>Carol Stream, IL 60197-6292 | Yellowbook U.S.A.<br>2201 Renaissance Blvd.<br>King of Prussia, PA 19406-2766 | K. O. Johnson<br>Law Office of K.O. Johnson<br>901 N. First Street<br>DeKalb, IL 60115-2395 |
| Kevin O Johnson<br>1648 Maness Court<br>Sycamore, IL 60178-2910 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 | Stephen G Balsley<br>Barrick, Switzer, Long, Balsley, etal<br>6833 Stalter Drive<br>Rockford, IL 61108-2582 |
| Tina L Johnson<br>1648 Maness Court<br>Sycamore, IL 60178-2910 | William L. Hotopp<br>Law Offices Of William L. Hotopp<br>222 E. Church Street<br>Sandwich, IL 60548-2202 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

End of Label Matrix
Mailable recipients    46
Bypassed recipients     0
Total                  46

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| KEVIN O. JOHNSON and ) | CASE NO. 11-85569 |
| TINA L. JOHNSON, ) | |
| ) | |
| Debtors. ) | |

**MOTION TO COMPROMISE CONTROVERSY**

NOW COMES the Trustee, STEPHEN G. BALSLEY, by his attorney, and moves the Court for permission to compromise a controversy, and in support thereof states as follows:

1. The Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code on December 31, 2011.

2. STEPHEN G. BALSLEY is the duly qualified and acting Trustee in said Chapter 7 bankruptcy proceeding.

3. On or about March 6, 2012 the Trustee filed an adversary proceeding objecting to the discharge of the Debtors pursuant to § 727 of the United States Bankruptcy Code in adversary proceeding number 12-96032.

4. The Trustee has determined that it is not in the best interest of the bankruptcy estate to pursue the adversary proceeding against the Debtor, TINA JOHNSON.

5. The Trustee has filed a Motion to Dismiss the adversary proceeding against the Debtor, TINA JOHNSON.

6. The Debtor, KEVIN O. JOHNSON, has agreed to execute a Waiver of Discharge pursuant to § 727(a)(10) of the United States Bankruptcy Code in exchange for dismissal of the adversary proceeding against him.

7. The Trustee has determined that there are no significant assets in this bankruptcy estate which would result in any meaningful distribution to creditors and has filed a Motion to Abandon assets.

8. The Trustee believes that it is in the best interest of the creditors and the bankruptcy estate to accept a Waiver of Discharge in exchange for dismissal of the adversary proceeding against KEVIN O. JOHNSON, considering the cost of litigation for all parties concerned.

WHEREFORE, the Trustee moves the Court to approve a compromise wherein the Debtor, KEVIN O. JOHNSON, will waive his discharge pursuant to § 727(a)(10) of the United States Bankruptcy Code in exchange for the dismissal of the adversary proceeding against him.

_____
STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone: 815/962-6611
FAX: 815/962-0687