Form dschjntc

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

Case No.: 11−85569
Chapter: 7
Judge: Thomas M. Lynch

In Re:
  Kevin O Johnson                                    Tina L Johnson
  aka K.O. Johnson, dba Law Office of K.O.           1648 Maness Court
  Johnson, ...                                       Sycamore, IL 60178
  1648 Maness Court
  Sycamore, IL 60178

Social Security / Individual Taxpayer ID No.:
  xxx−xx−5624                                        xxx−xx−1603

Employer Tax ID / Other nos.:

**Notice of Denied, Vacated, Waived, or Revoked Discharge**

On July 8, 2013 , the Court signed an order:

- ○ Vacating the Discharge
- ○ Denying the Discharge
- ○ Revoking the Discharge
- ● Approving the Waiver of the Discharge

The order applies to:

- ● Debtor only
- ○ Joint Debtor only
- ○ Both Debtors

FOR THE COURT

Dated: July 8, 2013                                  Kenneth S. Gardner , Clerk
                                                     United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-85569-TML
Kevin O Johnson                                                     Chapter 7
Tina L Johnson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 3              Date Rcvd: Jul 08, 2013
                              Form ID: dschjntc           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2013.
db/jdb     +Kevin O Johnson,   Tina L Johnson,   1648 Maness Court,   Sycamore, IL 60178-2910
18324198   +Arnoldharris,   600 West Jackson Suite 710,   Chicago, IL 60661-5682
18324200   +Bank Of America, N.A.,   450 American St,   Simi Valley, CA 93065-6285
18324201  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
18594800    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
18324202   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18324203    Children's Memorial Hospital,   2300 Children's Plaza,   Saint Charles, IL 60174-3394
18324204   +Children's Surgical Foundation, Inc,   Van Ru Credit Corporation,   1350 E. Touy Ave, Sute 100,
             Des Plaines, IL 60018-3303
18324205   +Cisco, Inc,   Ron Gentry ext 3383,   1702 Townhurst Dr.,   Houston, TX 77043-2811
18324206   +Copy All Service,   2901 N. Peoria,   Peru, IL 61354-1277
18324207    David Miller,   Baker & Miller, P.C.,   29 N. Wacker Dr., 5th Floor,   Chicago, IL 60606-2854
18324208    Delnor Community Hospital,   Mail Processing Center,   P.O. Box 739,   Moline, IL 61266-0739
18324210   +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
18324211   +Fox Valley Women&Children's Health,   3310 W. Main Street #200,   Saint Charles, IL 60175-1024
18324212    GFC Leasing,   PO Box 2290,   Madison, WI 53701-2290
18324213   +Home Pages,   American marketing & Publishing LLC,   POB 982,   DeKalb, IL 60115-0982
18324214   +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
18324216   +Kelley Investments, LLC,   c/o James Kelley, Agent,   964 Ginger Lane,   Geneva, IL 60134-4643
18324219   +Marian C. Johnson,   Kevin A. Johnson,   P.O. Box 138,   Barrington, IL 60011
18324220   +Med Busi Bur,   1460 Renaissance Drive Ste 400,   Park Ridge, IL 60068-1349
18324221    Medical Business Bureau, LLC,   P.O. Box 1219,   Park Ridge, IL 60068-7219
18324222   +Merchants Credit Guide,   223 W Jackson Blvd Ste 4,   Chicago, IL 60606-6908
18324224   +Pediatric Anesthesia Ass Ltd,   75 Remittance Dr, Suite 6187,   Chicago, IL 60675-6187
18324225   +Rachel E. Stephens,   Lathrop & Gage,   2345 Grand Blvd., Suite 2200,
             Kansas City, MO 64108-2618
18324226   +Smith, Wykes & Oncken,   513 W. State St.,   Sycamore, IL 60178-1327
18324227   +State Collection Servi,   2509 S Stoughton Rd,   Madison, WI 53716-3314
18324228   +Thomson West,   P.O. Box 64833,   Saint Paul, MN 55164-1804
18324229    Trans Union LLC,   P.O. Box 99506,   Chicago, IL 60693-9506
18324231   +Tri City Radiology,   9410 Compubill Drive,   Orland Park, IL 60462-2627
18324232    Verizon Directories,   P.O. Box 619480,   Dallas, TX 75261-9480
18324233   +WDKB-FM,   2201 N. First Street,   DeKalb, IL 60115-1800
18324234    West Payment Center,   P.O. Box 6292,   Carol Stream, IL 60197-6292
18875508   +Yellow Book Sales and Distribution Co.,   c/o Mark Moedritzer,   Shook, Hardy & Bacon, L.L.P.,
             2555 Grand Blvd.,   Kansas City, MO 64108-2613
18324235   +Yellowbook U.S.A.,   2201 Renaissance Blvd.,   King of Prussia, PA 19406-2707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18369018    E-mail/Text: cio.bncmail@irs.gov Jul 09 2013 01:46:07      Department of the Treasury,
             Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
18465447    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2013 02:08:10      Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
18324209   +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 09 2013 02:08:10      Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
18486278    E-mail/Text: cio.bncmail@irs.gov Jul 09 2013 01:46:07      IRS,   Deparment of Treasury,
             P.O. Box 804527,   Cincinnati, OH 45280-4527
18324215   +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Jul 09 2013 01:55:50      Isac,   1755 Lake Cook Rd,
             Deerfield, IL 60015-5209
18324218   +E-mail/Text: pauline.burt@timepaymentcorp.com Jul 09 2013 02:00:56      Leasecomm,
             16 Ne Exec Office Park S,   Burlington, MA 01803-5217
18324223    E-mail/Text: bankruptcies@armscoinc.com Jul 09 2013 02:01:53      Neopost Inc,   P.O. Box 45800,
             San Francisco, CA 94145-0800
18324230   +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 09 2013 02:01:21      Transworld Systems,
             Collection Agency,   1375 E. Woodfield Rd, # 110,   Schaumburg, IL 60173-5423
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18324199   ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
18324217   ##+Kimberly A. Polke,   501 Georjean Court,   Sycamore, IL 60178-2905
                                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: vgossett            Page 2 of 3              Date Rcvd: Jul 08, 2013
                              Form ID: dschjntc         Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2013**                          **Signature:**  *Joseph Speetjens*

```
District/off: 0752-3          User: vgossett              Page 3 of 3                  Date Rcvd: Jul 08, 2013
                              Form ID: dschjntc           Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2013 at the address(es) listed below:

```
              K. O. Johnson    on behalf of Defendant Tina L Johnson office60115@aol.com,   johnsonkoj@aol.com
              K. O. Johnson    on behalf of Debtor Kevin O Johnson office60115@aol.com,   johnsonkoj@aol.com
              K. O. Johnson    on behalf of Defendant Kevin O Johnson office60115@aol.com,   johnsonkoj@aol.com
              K. O. Johnson    on behalf of Joint Debtor Tina L Johnson office60115@aol.com,   johnsonkoj@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Sean P Smith    on behalf of Plaintiff Sean P. Smith sps@yourlawsmith.com
              Stephen G Balsley    on behalf of Plaintiff Stephen G. Balsley sbalsley@bslbv.com
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
              William L. Hotopp    on behalf of Debtor Kevin O Johnson wlhotopp@comcast.net
              William L. Hotopp    on behalf of Joint Debtor Tina L Johnson wlhotopp@comcast.net
                                                                                             TOTAL: 11
```