# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: JOHNSON, KEVIN O | § Case No. 11-85569 |
| JOHNSON, TINA L | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 10/02/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:   / /                                  By:     /s/ STEPHEN G. BALSLEY
                                                                    Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: JOHNSON, KEVIN O | § | Case No. 11-85569 |
| JOHNSON, TINA L | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $ 2,350.00

*and approved disbursements of* $ 80.00

*leaving a balance on hand of* [1] $ 2,270.00

**Balance on hand:** $ 2,270.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,270.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 587.50 | 0.00 | 65.51 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 19,478.50 | 0.00 | 2,171.82 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 32.67 |

Total to be paid for chapter 7 administration expenses: $ 2,270.00
Remaining balance: $ 0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $        0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $        0.00
Remaining balance:   $        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for timely general unsecured claims:   $        0.00
Remaining balance:   $        0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                       Case No. 11-85569-TML
Kevin O Johnson                                              Chapter 7
Tina L Johnson
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: jclarke              Page 1 of 2              Date Rcvd: Sep 04, 2013
                              Form ID: pdf006            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2013.
db/jdb         +Kevin O Johnson,    Tina L Johnson,    1648 Maness Court,    Sycamore, IL 60178-2910
18324198       +Arnoldharris,   600 West Jackson Suite 710,    Chicago, IL 60661-5682
18324200       +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
18324201      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
18594800        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
18324202       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18324203        Children’s Memorial Hospital,    2300 Children’s Plaza,    Saint Charles, IL 60174-3394
18324204       +Children’s Surgical Foundation, Inc,    Van Ru Credit Corporation,    1350 E. Touy Ave, Sute 100,
                 Des Plaines, IL 60018-3303
18324205       +Cisco, Inc,   Ron Gentry ext 3383,    1702 Townhurst Dr.,    Houston, TX 77043-2811
18324206       +Copy All Service,    2901 N. Peoria,   Peru, IL 61354-1277
18324207       +David Miller,    Baker & Miller, P.C.,    29 N. Wacker Dr., 5th Floor,    Chicago, IL 60606-3221
18324208        Delnor Community Hospital,    Mail Processing Center,    P.O. Box 739,    Moline, IL 61266-0739
18324210       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
18324211       +Fox Valley Women&Children’s Health,    3310 W. Main Street #200,    Saint Charles, IL 60175-1024
18324212        GFC Leasing,   PO Box 2290,    Madison, WI 53701-2290
18324213       +Home Pages,   American marketing & Publishing LLC,    POB 982,    DeKalb, IL 60115-0982
18324214       +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
18324216       +Kelley Investments, LLC,    c/o James Kelley, Agent,    964 Ginger Lane,    Geneva, IL 60134-4643
18324219       +Marian C. Johnson,    Kevin A. Johnson,   P.O. Box 138,    Barrington, IL 60011
18324220       +Med Busi Bur,    1460 Renaissance Drive Ste 400,    Park Ridge, IL 60068-1349
18324221        Medical Business Bureau, LLC,    P.O. Box 1219,    Park Ridge, IL 60068-7219
18324222       +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6908
18324224       +Pediatric Anesthesia Ass Ltd,    75 Remittance Dr, Suite 6187,    Chicago, IL 60675-6187
18324225       +Rachel E. Stephens,    Lathrop & Gage,   2345 Grand Blvd., Suite 2200,
                 Kansas City, MO 64108-2618
18324226       +Smith, Wykes & Oncken,    513 W. State St.,    Sycamore, IL 60178-1327
18324227       +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
18324228       +Thomson West,    P.O. Box 64833,    Saint Paul, MN 55164-1804
18324229        Trans Union LLC,    P.O. Box 99506,   Chicago, IL 60693-9506
18324231       +Tri City Radiology,    9410 Compubill Drive,    Orland Park, IL 60462-2627
18324232        Verizon Directories,    P.O. Box 619480,    Dallas, TX 75261-9480
18324233       +WDKB-FM,   2201 N. First Street,    DeKalb, IL 60115-1800
18324234        West Payment Center,    P.O. Box 6292,   Carol Stream, IL 60197-6292
18875508       +Yellow Book Sales and Distribution Co.,    c/o Mark Moedritzer,    Shook, Hardy & Bacon, L.L.P.,
                 2555 Grand Blvd.,    Kansas City, MO 64108-2613
18324235       +Yellowbook U.S.A.,    2201 Renaissance Blvd.,    King of Prussia, PA 19406-2707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18369018        E-mail/Text: cio.bncmail@irs.gov Sep 05 2013 02:06:56      Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
18465447        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 05 2013 02:31:47       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18324209       +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 05 2013 02:31:47       Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
18486278        E-mail/Text: cio.bncmail@irs.gov Sep 05 2013 02:06:56      IRS,   Deparment of Treasury,
                 P.O. Box 804527,    Cincinnati, OH 45280-4527
18324215       +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Sep 05 2013 02:18:34       Isac,   1755 Lake Cook Rd,
                 Deerfield, IL 60015-5209
18324218       +E-mail/Text: pauline.burt@timepaymentcorp.com Sep 05 2013 02:23:21       Leasecomm,
                 16 Ne Exec Office Park S,    Burlington, MA 01803-5217
18324223        E-mail/Text: bankruptcies@armscoinc.com Sep 05 2013 02:50:55      Neopost Inc,   P.O. Box 45800,
                 San Francisco, CA 94145-0800
18324230       +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 05 2013 02:23:32       Transworld Systems,
                 Collection Agency,    1375 E. Woodfield Rd, # 110,    Schaumburg, IL 60173-5423
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18324199     ##+Bank Of America,    Po Box 1598,   Norfolk, VA 23501-1598
18324217     ##+Kimberly A. Polke,    501 Georjean Court,   Sycamore, IL 60178-2905
                                                                                    TOTALS: 0, * 0, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3         User: jclarke              Page 2 of 2                  Date Rcvd: Sep 04, 2013
                             Form ID: pdf006           Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2013 at the address(es) listed below:
              Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
              K. O. Johnson    on behalf of Defendant Tina L Johnson office60115@aol.com,   johnsonkoj@aol.com
              K. O. Johnson    on behalf of Debtor Kevin O Johnson office60115@aol.com,   johnsonkoj@aol.com
              K. O. Johnson    on behalf of Defendant Kevin O Johnson office60115@aol.com,   johnsonkoj@aol.com
              K. O. Johnson    on behalf of Joint Debtor Tina L Johnson office60115@aol.com,   johnsonkoj@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Sean P Smith    on behalf of Plaintiff Sean P. Smith sps@yourlawsmith.com
              Stephen G Balsley    on behalf of Plaintiff Stephen G. Balsley sbalsley@bslbv.com
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
              William L. Hotopp    on behalf of Debtor Kevin O Johnson wlhotopp@comcast.net
              William L. Hotopp    on behalf of Joint Debtor Tina L Johnson wlhotopp@comcast.net
                                                                                             TOTAL: 12
```