**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: JOHNSON, KEVIN O § Case No. 11-85569
JOHNSON, TINA L §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,992,818.49              Assets Exempt: $60,831.90
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00        Claims Discharged
                                              Without Payment: $137,123.19

Total Expenses of Administration: $2,350.00

---

3) Total gross receipts of $ 2,350.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,350.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $269,965.59 | $81,246.74 | $81,246.74 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 20,146.00 | 20,439.00 | 2,350.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 71,958.67 | 102,159.15 | 102,159.15 | 0.00 |
| **TOTAL DISBURSEMENTS** | $341,924.26 | $203,551.89 | $203,844.89 | $2,350.00 |

4) This case was originally filed under Chapter 7 on December 31, 2011. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/19/2013          By: /s/STEPHEN G. BALSLEY
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Law Office Accounts receivable | 1129-000 | 2,350.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,350.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Department of the Treasury | 4110-000 | 80,000.00 | 81,246.74 | 81,246.74 | 0.00 |
| NOTFILED | Isac | 4110-000 | 3,512.00 | N/A | N/A | 0.00 |
| NOTFILED | Isac | 4110-000 | 7,443.00 | N/A | N/A | 0.00 |
| NOTFILED | Isac | 4110-000 | 3,723.00 | N/A | N/A | 0.00 |
| NOTFILED | Marian C. Johnson Kevin A. Johnson | 4110-000 | 29,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Marian C. Johnson Kevin A. Johnson | 4110-000 | 1,709.37 | N/A | N/A | 0.00 |
| NOTFILED | Marian C. Johnson Kevin A. Johnson | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Marian C. Johnson Kevin A. Johnson | 4110-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Isac | 4110-000 | 8,427.00 | N/A | N/A | 0.00 |
| NOTFILED | Marian C. Johnson Kevin A. Johnson | 4110-000 | 29,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Isac | 4110-000 | 3,842.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.A. | 4110-000 | 62,822.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Isac | 4110-000 | 19,103.00 | N/A | N/A | 0.00 |
| NOTFILED | IRS Deparment of Treasury | 4110-000 | 1,279.22 | N/A | N/A | 0.00 |
| NOTFILED | Isac | 4110-000 | 19,105.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $269,965.59 | $81,246.74 | $81,246.74 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 587.50 | 587.50 | 65.51 |
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 0.00 | 293.00 | 32.67 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 19,478.50 | 19,478.50 | 2,171.82 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $20,146.00 | $20,439.00 | $2,350.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Home Pages | 7100-000 | 4,645.63 | 4,977.93 | 4,977.93 | 0.00 |
| 2 | Isac | 7100-000 | N/A | 65,402.86 | 65,402.86 | 0.00 |
| 3 | Discover Bank | 7100-000 | 12,392.00 | 12,392.37 | 12,392.37 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 957.00 | 907.71 | 907.71 | 0.00 |
| 6 | Yellow Book Sales and Distribution Co. | 7100-000 | 19,000.00 | 18,478.28 | 18,478.28 | 0.00 |
| NOTFILED | Neopost Inc | 7100-000 | 494.40 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide | 7100-000 | 344.00 | N/A | N/A | 0.00 |
| NOTFILED | Med Busi Bur | 7100-000 | 267.00 | N/A | N/A | 0.00 |
| NOTFILED | Leasecomm | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | Pediatric Anesthesia Ass Ltd | 7100-000 | 514.80 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Bureau, LLC | 7100-000 | 267.80 | N/A | N/A | 0.00 |
| NOTFILED | Tri City Radiology | 7100-000 | 102.00 | N/A | N/A | 0.00 |
| NOTFILED | Smith, Wykes & Oncken | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Servi | 7100-000 | 176.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 1,566.00 | N/A | N/A | 0.00 |
| NOTFILED | Trans Union LLC | 7100-000 | 847.16 | N/A | N/A | 0.00 |
| NOTFILED | Thomson West | 7100-000 | 480.17 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Servi | 7100-000 | 327.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Directories | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnoldharris | 7100-000 | 425.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 1,749.00 | N/A | N/A | 0.00 |
| NOTFILED | Children's Memorial Hospital | 7100-000 | 4,136.30 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 7100-000 | 8,878.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 724.00 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley Women&Children's Health | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Copy All Service | 7100-000 | 960.20 | N/A | N/A | 0.00 |
| NOTFILED | Delnor Community Hospital Mail Processing Center | 7100-000 | 1,040.80 | N/A | N/A | 0.00 |
| NOTFILED | GFC Leasing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Children's Surgical Foundation, Inc Van Ru | 7100-000 | 1,009.41 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$71,958.67** | **$102,159.15** | **$102,159.15** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85569  
**Case Name:** JOHNSON, KEVIN O  
JOHNSON, TINA L  
**Period Ending:** 11/19/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/31/11 (f)  
**§341(a) Meeting Date:** 02/02/12  
**Claims Bar Date:** 05/07/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1648 Maness Court | 100,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Personal Checking Account 1 (Blue), Resource Ban | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Personal Checking Account 2 (Black), Resource Ba | 279.90 | 0.00 | | 0.00 | FA |
| 5 | Payroll Liabilities Account (IRS), Resource Bank | 1,279.22 | 0.00 | | 0.00 | FA |
| 6 | Business Office Checking Account, National bank | 1,709.37 | 0.00 | | 0.00 | FA |
| 7 | Usual compliment of household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Hobby equipment, camping, fishing, hunting, guns | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Misc jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding Rings | 400.00 | 0.00 | | 0.00 | FA |
| 11 | Omron IRA | 20,000.00 | 0.00 | | 0.00 | FA |
| 12 | Husband's IRA, Law Office K.O. Johnson IRA | 3,600.00 | 0.00 | | 0.00 | FA |
| 13 | Wife's IRA, Law Office K.O. Johnson IRA | 2,100.00 | 0.00 | | 0.00 | FA |
| 14 | Law Office Accounts receivable<br>    Amended schedules filed 5/2/12 claiming exemption disallowed pursuant to Court Order entered 5/30/12. See Order to Abandon Assets entered 7/8/13. See Order Approving Compromise entered 8/19/13. | 1,790,000.00 | 100,000.00 | OA | 2,350.00 | FA |
| 15 | Claim against former associate attorney | 50,000.00 | 0.00 | | 0.00 | FA |
| 16 | Counter-Claim against Yellow Pages in DeKalb Cou | 15,000.00 | 0.00 | | 0.00 | FA |
| 17 | K.O. Johnson & Tina L. Johnson, Plaintiffs, vs. | Unknown | 0.00 | | 0.00 | FA |
| 18 | Car 1, 1999 Chevrolet Grand Am | 2,000.00 | 0.00 | | 0.00 | FA |
| 19 | Car 2, 1999 Chevrolet Astro Van | 2,000.00 | 0.00 | | 0.00 | FA |
| 19 | **Assets Totals** (Excluding unknown values) | **$1,992,818.49** | **$100,000.00** | | **$2,350.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 11/19/2013 11:49 AM   V.13.13

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85569  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** JOHNSON, KEVIN O  **Filed (f) or Converted (c):** 12/31/11 (f)
JOHNSON, TINA L  **§341(a) Meeting Date:** 02/02/12
**Period Ending:** 11/19/13  **Claims Bar Date:** 05/07/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 31, 2013   **Current Projected Date Of Final Report (TFR):** August 28, 2013 (Actual)

Printed: 11/19/2013 11:49 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-85569
**Case Name:** JOHNSON, KEVIN O
JOHNSON, TINA L
**Taxpayer ID #:** **-***2014
**Period Ending:** 11/19/13

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******50-66 - Checking Account
**Blanket Bond:** $736,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/04/12 | {14} | Donald Lee Engelkens, Jr. | Account Receivable Payment | 1129-000 | 45.00 | | 45.00 |
| 09/04/12 | {14} | Lyne and Randy Meyerholz | Account Receivable Payment | 1129-000 | 115.00 | | 160.00 |
| 09/24/12 | {14} | Jeanne Richardson | Account Receivable Payment | 1129-000 | 200.00 | | 360.00 |
| 10/04/12 | {14} | Donald Lee Engelkens, Jr. | Account Receivable Payment | 1129-000 | 50.00 | | 410.00 |
| 12/06/12 | {14} | Robert and Connie Martin | Account Receivable Payment | 1129-000 | 700.00 | | 1,110.00 |
| 12/10/12 | {14} | Kathleen A. Faber | Account Receivable Payment | 1129-000 | 100.00 | | 1,210.00 |
| 12/10/12 | {14} | Joseph Medernach | Account Receivable Payment | 1129-000 | 20.00 | | 1,230.00 |
| 12/10/12 | {14} | James C. Palmer | Account Receivable Payment | 1129-000 | 400.00 | | 1,630.00 |
| 12/10/12 | {14} | Jeffery T. Smith | Account Receivable Payment | 1129-000 | 50.00 | | 1,680.00 |
| 12/14/12 | {14} | Jeffery T. Smith | Return Deposit | 1129-000 | -50.00 | | 1,630.00 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 1,630.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,630.00 | 1,630.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,630.00 | |
| | | | Subtotal | | 1,630.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,630.00 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-85569  
**Case Name:** JOHNSON, KEVIN O  
JOHNSON, TINA L  
**Taxpayer ID #:** **-***2014  
**Period Ending:** 11/19/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****801666 - Checking Account  
**Blanket Bond:** $736,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 |  | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,630.00 |  | 1,630.00 |
| 12/31/12 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 1,620.00 |
| 01/14/13 | {14} | Joseph Medernach | Account Receivable Payment | 1129-000 | 20.00 |  | 1,640.00 |
| 01/14/13 | {14} | Jeffery T. Smith | Account Receivable Payment | 1129-000 | 50.00 |  | 1,690.00 |
| 01/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 1,680.00 |
| 02/15/13 | {14} | Joseph Medernach | Account Receivable Payment | 1129-000 | 20.00 |  | 1,700.00 |
| 02/26/13 | {14} | Robert and Connie Martin | Account Receivable Payment | 1129-000 | 500.00 |  | 2,200.00 |
| 02/28/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 2,190.00 |
| 03/06/13 | {14} | Donald Lee Engelkens, Jr. | Account Receivable Payment | 1129-000 | 50.00 |  | 2,240.00 |
| 03/12/13 | {14} | Joseph Medernach | Account Receivable Payment | 1129-000 | 20.00 |  | 2,260.00 |
| 03/29/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 2,250.00 |
| 04/22/13 | {14} | Joseph Medernach | Account Receivable Payment | 1129-000 | 20.00 |  | 2,270.00 |
| 04/30/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 2,260.00 |
| 05/24/13 | {14} | Joseph Medernach | Account Receivable Payment | 1129-000 | 20.00 |  | 2,280.00 |
| 05/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 2,270.00 |
| 06/11/13 | {14} | Joseph Medernach | Account Receivable Payment | 1129-000 | 20.00 |  | 2,290.00 |
| 06/28/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 2,280.00 |
| 07/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 2,270.00 |
| 10/02/13 | 10101 | U.S. BANKRUPTCY COURT | Dividend paid 11.14% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 |  | 32.67 | 2,237.33 |
| 10/02/13 | 10102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 11.14% on $19,478.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 |  | 2,171.82 | 65.51 |
| 10/02/13 | 10103 | STEPHEN G. BALSLEY | Dividend paid 11.14% on $587.50, Trustee Compensation;  Reference: | 2100-000 |  | 65.51 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 2,350.00 | 2,350.00 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 1,630.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 720.00 | 2,350.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$720.00** | **$2,350.00** |  |

{} Asset reference(s)

Printed: 11/19/2013 11:49 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-85569 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | JOHNSON, KEVIN O | | Bank Name: | Rabobank, N.A. |
| | JOHNSON, TINA L | | Account: | ****801666 - Checking Account |
| Taxpayer ID #: | **-***2014 | | Blanket Bond: | $736,000.00   (per case limit) |
| Period Ending: | 11/19/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| **Checking # 9200-******50-66** | 1,630.00 | 0.00 | 0.00 |
| **Checking # ****801666** | 720.00 | 2,350.00 | 0.00 |
| | $2,350.00 | $2,350.00 | $0.00 |

{} Asset reference(s)

Printed: 11/19/2013 11:49 AM    V.13.13