# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In the Matter of: | ) |
| | ) Case No. 11-85569 |
| Kevin O. Johnson | ) |
| Tina L. Johnson | ) Chapter 7 |
|     Debtors | ) |

## MOTION TO REOPEN CHAPTER 7 CASE
## AND GRANT LEAVE TO FILE AMENDED SCHEDULES

**NOW COMES** Kevin O. Johnson and Tina L. Johnson, by and through Kevin O. Johnson and Tina L. Johnson's attorney, Law Office of William I. Hotopp, by William L. Hotopp, pursuant to 11 USC § 522 (b), and Kevin O. Johnson and Tina L. Johnson moves this Honorable Court to give them an extension of time in the above captioned cause, and in support of the instant *Motion to Reopen Chapter 7 Case and Grant Leave to File Amended Schedules*, Kevin O. Johnson and Tina L. Johnson states the following:

1. Debtors, Kevin O. Johnson and Tina L. Johnson, filed an original voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code on **December 31, 2011**.

2. The 341 meeting occurred (and was concluded) at 2:00 p.m. on February 2, 2012.

3. At the time of the 341 meeting three (3) errors (1. Real property, odd lot in Ogle County, value approximately $460; 2. Real property, odd lot in Ogle County, value approximately $460; 3. Procedural only, value, $0.00) in the Voluntary Petition were discussed during the 341 meeting with the trustee (and thus should be on the recording of the 341 meeting). Said real property identity is supported by the tax payment made by the Debtor, attached hereto as Exhibit 1 (3 pages) and incorporated herein by reference.

4. After the 341 meeting, there was a fourth (4th) error discovered (a bank account that was verbally reported to be a value of approximately $10.00). Said account has been

inactive, and was subsequently closed by the bank by taking fees until there were no funds in the account.

5. Approximately two (2) years ago the City of Rochelle offered K.O. Johnson a sum of approximately $615.00 (the sum that was paid for the lot, and the property taxes that had been paid over the life of the ownership of same).

6. An adversary was filed by the Trustee against the Debtors in the instant case.

7. The Adversary against the Debtors was dismissed on **August 19, 2013**.

8. The primary reason for the adversary case was the dispute between the Trustee and Debtor about the Accounts Receivable of the law office of the Debtor, face valued at approximately $1.7 million with a total of 464 former clients that owed money to the Debtor (the client statements were broken into four files on a CD, 1. Segment 1 - A-F 139 pages; 2. Segment 2 - G-L 111 pages; 3. Segment 3 - M-R 120 pages; and 4. Segment 4 - S-Z 94 pages).

9. At the 341 meeting Debtor testified that the accounts receivable balance that was actually collectable, was probable $10,000.00 unless the Debtor himself was involved in a substantial manner. In the end, after approximately 18 months, the Trustee collected $2,350.00 (well short of the $10,000.00 and after much longer than would otherwise be expected), as supported by the fax statement provided by the Trustee to K.O. Johnson, attached hereto as Exhibit 2 (2 pages) and incorporated herein by reference.

10. During the pendency of the case, the Debtor provided a van load of documents (paper client files), a computer of client files, a CD burned of statements for the approximately 400 accounts owed as of December 31, 2011, and made numerous offers of different types to cooperate with the Trustee to collect the Accounts Recievable due. All of the offers of the Debtor were rejected by the trustee.

11. Prior to dismissal of the adversary, and final closure, the Debtor verbally inquired of the trustee if the Trustee wanted amended schedules to be filed to correct the three then known errors. The Trustee responded that he didn't care, and that it was the choice of the Debtor.

12. There are no other outstanding issues to be resolved in this matter.

13. The Debtors are seeking to reopen the chapter 7 case to file an Amended Schedule A and B.

14. The Debtor desires to file an Amended Schedule A and B, to reflect the three of the four errors known by the Trustee since the 341 meeting (that during the pendency of the case the Trustee said he didn't care if there was an Amendment filed or not, that it was up to the Debtor), and the fourth that the trustee knows of, even though same was not discovered until after the 341 meeting.

15. Debtor is not asking to file an Amended Schedule C, or for the case to remain open.

16. Neither the trustee, nor any creditor will be prejudiced by granting the instant *Motion to Reopen Chapter 7 Case and Grant Leave to File Amended Schedules* of the Debtor.

17. Said Amended Schedules A and B have already been filed, so that only leave be granted, and the matter may be then closed again as soon as feasible to accommodate this Honorable Court and the Clerk office.

**WHEREFORE**, Debtors pray for an order to be entered, extending the time to file the reaffirmation agreement, and for such additional or alternative relief as may be just and proper.

_____       s// Tina L. Johnson_____
KEVIN O. JOHNSON, Debtor       TINA L. JOHNSON, Co-Debtor

Dated: December 31, 2016

/s/ William L. Hotopp
William L. Hotopp, Attorney at Law

Attorney William L. Hotopp
IL Atty. No.: 6239147
Law Office of William L. Hotopp
222 E. Church Street
Sandwich, Illinois 60548
(815) 786-7770
Email: wlhotopp@comcast.net

**OGLE COUNTY**
**JOHN H. COFFMAN, COUNTY COLLECTOR**
OGLE COUNTY COURTHOUSE
P.O. BOX 40
OREGON, IL 61061-0040

# 2014 REAL ESTATE TAX BILL

PLEASE READ the instructions on the back of this bill regarding when and where to pay your taxes. Additional information is provided for changing your mailing address and tax exemptions in which you might be entitled.

The County Treasurer only collects your taxes and is not responsible for the amount of your assessment or the amount of your tax bill. We will be happy to assist you or direct you to the proper authority regarding questions about your tax bill.

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE FOR BOTH INSTALLMENTS**

ASSESSED TO:    LAW OFFICE OF KO JOHNSON

LAW OFFICE OF KO JOHNSON
1648 MANESS CT
SYCAMORE IL 60178-

| PROPERTY DESCRIPTION | PARCEL NUMBER (PIN) |
|---|---|
| RNG/BLK: TWP:0 SECT/LOT: STRIP OF LAND 130X66 LYG BTWN LOTS 29 & 30 1ST ADD SOUTHVIEW CITY OF ROCHELLE | 24-36-202-015 |

| ACRES | TAXABLE VALUE |
|---|---|
| 0.00 | 166 |

| CLASS CODE | TAX CODE |
|---|---|
| 0030 | 00640 |

LOCATION OF PROPERTY
SOUTHVIEW DR
ROCHELLE, IL 61068-0000

TOWNSHIP: Flagg

| TAXING BODY | PRIOR RATE | PRIOR AMOUNT | CURRENT RATE | CURRENT AMOUNT |
|---|---|---|---|---|
| OGLE COUNTY | 0.55690 | $0.98 | 0.56104 | $0.94 |
| OGLE CO. MENTAL HEALTH | 0.05377 | $0.09 | 0.05561 | $0.09 |
| OGLE CO. EXTENSION | 0.00929 | $0.02 | 0.00955 | $0.02 |
| OGLE CO. VETERANS ASSISTANCE | 0.00498 | $0.01 | 0.00512 | $0.01 |
| OGLE CO. SENIOR SERVICES | 0.01407 | $0.02 | 0.01447 | $0.02 |
| OGLE COUNTY PENSION | 0.12282 | $0.21 | 0.12931 | $0.22 |
| ROCHELLE HS 212 | 2.54466 | $4.43 | 2.49790 | $4.14 |
| ROCHELLE HS 212 PENSION | 0.04555 | $0.08 | 0.04618 | $0.08 |
| ROCHELLE GR SCH 231 | 3.00422 | $5.22 | 3.05081 | $5.06 |
| ROCHELLE GR SCH 231 PENSION | 0.06671 | $0.12 | 0.07571 | $0.13 |
| KISHWAUKEE COL 523 | 0.72368 | $1.26 | 0.71134 | $1.18 |
| FLAGG-ROCHELLE LIB | 0.17025 | $0.29 | 0.17934 | $0.30 |
| FLAGG-ROCHELLE LIB PENSION | 0.00993 | $0.02 | 0.01231 | $0.02 |
| FLAGG-ROCHELLE PARK | 0.59249 | $1.03 | 0.60141 | $1.00 |
| FLAGG-ROCHELLE PARK PENSION | 0.01691 | $0.03 | 0.02084 | $0.03 |
| FLAGG ROAD | 0.33521 | $0.58 | 0.35007 | $0.58 |
| FLAGG TOWNSHIP | 0.15735 | $0.28 | 0.16995 | $0.28 |
| FLAGG TOWNSHIP PENSION | 0.02415 | $0.04 | 0.02778 | $0.05 |
| CITY OF ROCHELLE | 0.67390 | $1.18 | 0.71125 | $1.18 |
| CITY OF ROCHELLE PENSION | 0.33093 | $0.57 | 0.34241 | $0.57 |
| Totals | 9.45777 | $16.46 | | |

**RECEIPT PORTION - KEEP FOR YOUR RECORDS**
**2014 OGLE COUNTY REAL ESTATE TAX**
**PAY TO: OGLE COUNTY COLLECTOR**

| FORMULA FOR TAX CALCULATION - 2014 | | |
|---|---|---|
| LAND | | 166 |
| STRUCTURES/BLDGS. | | 0 |
| FARM BLDG. | | 0 |
| FARM LAND | | 0 |
| BD OF REVIEW EQUALIZED VALUE | = | 166 |
| HOME IMPROVEMENT EXEMPTION | – | 0 |
| VET AFFAIRS DISABILITY EXEMPTION | – | 0 |
| VALUE PRIOR TO STATE EQUALIZE | = | 166 |
| STATE EQUALIZATION FACTOR*** | X | 1.0000 |
| STATE EQUALIZED VALUE | = | 166 |
| OWNER OCCUPIED EXEMPTION | – | 0 |
| SENIOR HOMESTEAD EXEMPTION | – | 0 |
| SENIOR ASSESSMENT FREEZE | – | 0 |
| DISABLED PERSONS' EXEMPTION | – | 0 |
| RETURNING VETERANS' EXEMPTION | – | 0 |
| DISABLED VETERANS' EXEMPTION | – | 0 |
| MISC. EXEMPTION | – | 0 |
| TAXABLE VALUE | = | 166 |
| TAX RATE | X | 9.57240 |
| TOTAL TAX | = | $15.90 |

***NOT TO BE USED FOR FARM LAND AND FARM BUILDINGS

| INTEREST 1½% PER MONTH | TOTAL TAX DUE |
|---|---|
| | $15.90 |

| 1977 EQUALIZED VALUE | FAIR MARKET VALUE |
|---|---|
| 1,500 | 500 |

FIRST INSTALLMENT DUE DATE: 06/12/2015    AMOUNT: $7.95
SECOND INSTALLMENT DUE DATE: 09/04/2015    AMOUNT: $7.95

STAMP PAID HERE
2ND INSTALLMENT

---

## 1st

| PARCEL NUMBER | 24-36-202-015 | UNPAID PRIOR YEAR(S) OR AMOUNT | |
|---|---|---|---|
| | | CURRENT TAX DUE | $7.95 |
| DUE DATE | 06/12/2015 | TAX PAYMENT - 1ST INST. | |
| | | INTEREST | COSTS |
| TOTAL TAX | $15.90 | TOTAL PAID | |

LAW OFFICE OF KO JOHNSON
1648 MANESS CT
SYCAMORE IL 60178-

## 2nd

| PARCEL NUMBER | 24-36-202-015 | UNPAID PRIOR YEAR(S) OR AMOUNT | |
|---|---|---|---|
| | | CURRENT TAX DUE | $7.95 |
| DUE DATE | 09/04/2015 | TAX PAYMENT - 2ND INST. | |
| | | INTEREST | COSTS |
| TOTAL TAX | $15.90 | TOTAL PAID | |

LAW OFFICE OF KO JOHNSON
1648 MANESS CT
SYCAMORE IL 60178-

Exhibit "1" 1 of 3

FIRST INSTALLMENT - 2014    ☐ CHECK    ☐ CASH    ☐ BANK    ☐ OTHER
SECOND INSTALLMENT - 2014    ☐ CHECK    ☐ CASH    ☐ BANK    ☐ OTHER

# 2014 REAL ESTATE TAX BILL

**OGLE COUNTY**
**JOHN H. COFFMAN, COUNTY COLLECTOR**
OGLE COUNTY COURTHOUSE
P.O. BOX 40
OREGON, IL 61061-0040

PLEASE READ the instructions on the back of this bill regarding when and where to pay your taxes. Additional information is provided for changing your mailing address and tax exemptions in which you might be entitled.

The County Treasurer only collects your taxes and is not responsible for the amount of your assessment or the amount of your tax bill. We will be happy to assist you or direct you to the proper authority regarding questions about your tax bill.

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE FOR BOTH INSTALLMENTS**

ASSESSED TO:   LAW OFFICE OF KO JOHNSON

LAW OFFICE OF KO JOHNSON
1648 MANESS CT
SYCAMORE IL 60178-

| PROPERTY DESCRIPTION | PARCEL NUMBER (PIN) |
|---|---|
| RNG/BLK: TWP:0 SECT/LOT: N 10FT LOT 2 BLK 1 PALMER'S 3RD ADD CITY OF ROCHELLE | 24-24-254-016 |

| ACRES | TAXABLE VALUE |
|---|---|
| 0.00 | 319 |

| CLASS CODE | TAX CODE |
|---|---|
| 0030 | 00640 |

TOWNSHIP: Flagg

RECEIPT PORTION - KEEP FOR YOUR RECORDS
**2014 OGLE COUNTY REAL ESTATE TAX**
**PAY TO: OGLE COUNTY COLLECTOR**

| FORMULA FOR TAX CALCULATION - 2014 | | |
|---|---|---|
| LAND | | 319 |
| STRUCTURES/BLDGS. | | 0 |
| FARM BLDG. | | 0 |
| FARM LAND | | 0 |
| BD OF REVIEW EQUALIZED VALUE | = | 319 |
| HOME IMPROVEMENT EXEMPTION | − | 0 |
| VET AFFAIRS DISABILITY EXEMPTION | − | 0 |
| VALUE PRIOR TO STATE EQUALIZE | = | 319 |
| STATE EQUALIZATION FACTOR*** | × | 1.0000 |
| STATE EQUALIZED VALUE | = | 319 |
| OWNER OCCUPIED EXEMPTION | − | 0 |
| SENIOR HOMESTEAD EXEMPTION | − | 0 |
| SENIOR ASSESSMENT FREEZE | − | 0 |
| DISABLED PERSONS' EXEMPTION | − | 0 |
| RETURNING VETERANS' EXEMPTION | − | 0 |
| DISABLED VETERANS' EXEMPTION | − | 0 |
| MISC. EXEMPTION | − | 0 |
| TAXABLE VALUE | = | 319 |
| TAX RATE | × | 9.57240 |
| TOTAL TAX | = | $30.54 |

***NOT TO BE USED FOR FARM LAND AND FARM BUILDINGS

| INTEREST 1½% PER MONTH | TOTAL TAX DUE | |
|---|---|---|
| | $30.54 | |

| 1977 EQUALIZED VALUE | FAIR MARKET VALUE | |
|---|---|---|
| 196 | 960 | |

| TAXING BODY | PRIOR RATE | PRIOR AMOUNT | CURRENT RATE | CURRENT AMOUNT |
|---|---|---|---|---|
| OGLE COUNTY | 0.55690 | $1.85 | 0.56104 | $1.79 |
| OGLE CO. MENTAL HEALTH | 0.05377 | $0.18 | 0.05561 | $0.18 |
| OGLE CO. EXTENSION | 0.00929 | $0.03 | 0.00956 | $0.03 |
| OGLE CO. VETERANS ASSISTANCE | 0.00498 | $0.02 | 0.00512 | $0.02 |
| OGLE CO. SENIOR SERVICES | 0.01407 | $0.05 | 0.01447 | $0.05 |
| OGLE COUNTY PENSION | 0.12282 | $0.41 | 0.12931 | $0.41 |
| ROCHELLE HS 212 | 2.54466 | $8.50 | 2.49790 | $7.97 |
| ROCHELLE HS 212 PENSION | 0.04555 | $0.15 | 0.04618 | $0.15 |
| ROCHELLE GR SCH 231 | 3.00422 | $10.04 | 3.05081 | $9.73 |
| ROCHELLE GR SCH 231 PENSION | 0.06671 | $0.22 | 0.07571 | $0.24 |
| KISHWAUKEE COL 523 | 0.72368 | $2.42 | 0.71134 | $2.27 |
| FLAGG-ROCHELLE LIB | 0.17025 | $0.57 | 0.17934 | $0.57 |
| FLAGG-ROCHELLE LIB PENSION | 0.00993 | $0.03 | 0.01231 | $0.04 |
| FLAGG-ROCHELLE PARK | 0.59249 | $1.98 | 0.60141 | $1.91 |
| FLAGG-ROCHELLE PARK PENSION | 0.01691 | $0.06 | 0.02084 | $0.07 |
| FLAGG ROAD | 0.33521 | $1.12 | 0.35007 | $1.12 |
| FLAGG TOWNSHIP | 0.15735 | $0.53 | 0.16995 | $0.54 |
| FLAGG TOWNSHIP PENSION | 0.02415 | $0.08 | 0.02778 | $0.09 |
| CITY OF ROCHELLE | 0.67390 | $2.25 | 0.71125 | $2.27 |
| CITY OF ROCHELLE PENSION | 0.33093 | $1.11 | 0.34241 | $1.09 |
| Totals | 9.45777 | $31.60 | | |

STAMP PAID HERE

| FIRST INSTALLMENT DUE DATE: | 06/12/2015 | AMOUNT: | $15.27 |
|---|---|---|---|
| SECOND INSTALLMENT DUE DATE: | 09/04/2015 | AMOUNT: | $15.27 |

---

**1st**

| PARCEL NUMBER | 24-24-254-016 | UNPAID PRIOR YEAR(S) OR AMOUNT | |
|---|---|---|---|
| | | CURRENT TAX DUE | $15.27 |
| DUE DATE | 06/12/2015 | TAX PAYMENT 1ST INST. | |
| | | INTEREST | COSTS |
| TOTAL TAX | $30.54 | TOTAL PAID | |

**2nd**

| PARCEL NUMBER | 24-24-254-016 | UNPAID PRIOR YEAR(S) OR AMOUNT | |
|---|---|---|---|
| | | CURRENT TAX DUE | $15.27 |
| DUE DATE | 09/04/2015 | TAX PAYMENT 2ND INST. | |
| | | INTEREST | COSTS |
| TOTAL TAX | $30.54 | TOTAL PAID | |

LAW OFFICE OF KO JOHNSON
1648 MANESS CT
SYCAMORE IL 60178-

LAW OFFICE OF KO JOHNSON
1648 MANESS CT
SYCAMORE IL 60178-

2 of 3

| FIRST INSTALLMENT - 2014 | ☐ CHECK | ☐ CASH | ☐ BANK | ☐ OTHER | SECOND INSTALLMENT - 2014 | ☐ CHECK | ☐ CASH | ☐ BANK | ☐ OTHER |



**OFFICE OF K.O. JOHNSON**
OFFICE ACCOUNT
207 W. STATE STREET
SYCAMORE, IL 60178
(815) 756-4529

**NB&T**
bankbt.com
70-451-719

18025

6/9/2015

PAY TO THE ORDER OF: Ogle County Collector        $ **46.44

Forty-Six and 44/100************************************************************************************************* DOLLARS

Ogle County Collectors
P.O. Box 40
Oregon, IL 61061-0040

MEMO Parcel Number: 24-24-254-016 and 24-36-202-015

AUTHORIZED SIGNATURE

⑆018025⑆ ⑈071904517⑈ 00 033271 2⑉

---

**OFFICE OF K.O. JOHNSON**
OFFICE ACCOUNT

18025

Ogle County Collector                                    6/9/2015
Taxes       Parcel Number: 24-24-202-015 (First)              7.95
Taxes       Parcel Number: 24-24-202-015 (Second)             7.95
Taxes       Parcel Number: 24-24-254-016 (First)             15.27
Taxes       Parcel Number: 24-24-254-016 (Second)            15.27

NB&T Office       Parcel Number: 24-24-254-016 and 24-36-202-015              46.44

**OFFICE OF K.O. JOHNSON**
OFFICE ACCOUNT

18025

Ogle County Collector                                    6/9/2015
Taxes       Parcel Number: 24-24-202-015 (First)              7.95
Taxes       Parcel Number: 24-24-202-015 (Second)             7.95
Taxes       Parcel Number: 24-24-254-016 (First)             15.27
Taxes       Parcel Number: 24-24-254-016 (Second)            15.27

NB&T Office       Parcel Number: 24-24-254-016 and 24-36-202-015              46.44

PRODUCT DLT103    USE WITH 91563 ENVELOPE

3 of 3

6833 Stalter Drive
Rockford, IL 61108
815-962-6611
FAX 815-962-0687
FAX 815-962-1758*
E-Mail sbalsley@bslbv.com





| | | | |
|---|---|---|---|
| **To:** Mr. K.O. Johnson | | **From:** Debbie/Stephen G. Balsley | |
| **Fax:** (815) 991-5423 | | **Pages:** 2 | |
| **Phone:** (815) 756-4529 | | **Date:** July 8, 2013 | |
| **Re:** Kevin & Tina Johnson, 11-85569 | | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:**

Per your request, please find attached a spreadsheet of payments received in your bankruptcy.

Exhibit "2" 1 of 2

**KEVIN & TINA JOHNSON – Debtors**
**Chapter 7 Bankruptcy Case No. 11-85569**

| Deposit Date | Received From | Deposit Amount |
|---|---|---|
| 09/04/12 | Donald Lee Engelkens, Jr. | $45.00 |
| 09/04/12 | Lyne & Randy Meyerholz | $115.00 |
| 09/24/12 | Jeanne Richardson | $200.00 |
| 10/04/12 | Donald Lee Engelkens, Jr. | $50.00 |
| 12/06/12 | Robert & Connie Martin | $700.00 |
| 12/10/12 | Kathleen A. Faber | $100.00 |
| 12/10/12 | Joseph Medernach | $20.00 |
| 12/10/12 | James C. Palmer | $400.00 |
| 12/10/12 | Jeffrey T. Smith | $50.00 |
| 12/14/12 | Jeffrey T. Smith (deposit returned) | ($50.00) |
| 01/14/13 | Joseph Medernach | $20.00 |
| 01/14/13 | Jeffrey T. Smith | $50.00 |
| 02/15/13 | Joseph Medernach | $20.00 |
| 02/26/13 | Robert & Connie Martin | $500.00 |
| 03/06/13 | Donald Lee Engelkens, Jr. | $50.00 |
| 03/12/13 | Joseph Medernach | $20.00 |
| 04/22/13 | Joseph Medernach | $20.00 |
| 05/24/13 | Joseph Medernach | $20.00 |
| 06/11/13 | Joseph Medernach | $20.00 |
| **TOTAL** | | **$2,350.00** |

2 of 2