# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 11-85569 |
| Kevin O. Johnson ) | |
| Tina L. Johnson ) | Chapter 7 |
| Debtors ) | |

### NOTICE OF MOTION TO REOPEN CHAPTER 7 CASE AND GRANT LEAVE TO FILE AMENDED SCHEDULES

TO:   **See Attached List**

**PLEASE TAKE NOTICE** that on **Wednesday January 11, 2017 at 9:30 a.m.**, I shall appear in the U.S. Bankruptcy Court for the Northern District of Illinois at the Federal Building, 327 S. Church Street, Rockford, IL 61101, before the Honorable Judge Thomas M. Lynch in Courtroom 3005 and then and there present the following motion: *Motion to Reopen Chapter 7 Case and Grant Leave to File Amended Schedules*, and **request a hearing instanter**, where you may appear if you so desire.

Date: December 31, 2016

William L. Hotopp, Attorney at Law

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the individuals above/attorneys of record of all parties to above cause by enclosing the same in an envelope addressed to such individual's/attorney's business address disclosed by the pleadings of record with postage fully prepaid, and by depositing said envelope in the U.S. Post Office Mail Box in Sandwich, Illinois, prior to 5:00 p.m. on December 31, 2016.

William L. Hotopp, Attorney at Law

William L. Hotopp
IL Atty. No.: 6239147
Law Office of William L. Hotopp
222 E. Church Street
Sandwich, Illinois 60548
(815) 786-7770
Email: wlhotopp@comcast.net

## SERVICE LIST

Debtor
Kevin O. Johnson
Tina L. Johnson
1648 Maness Court
Sycamore, IL 60178

Trustee
Stephen G. Balsley, Trustee
Barrick, Switzer, Long, Balsley
6833 Stalter Drive
Rockford, IL 61108

Arnold Harris
600 West Jackson Suite 710
Chicago, IL 60661

Bank Of America
Po Box 1598
Norfolk, VA 23501

Bank Of America, N.A.
450 American St
Simi Valley, CA 93065

Cap One
Po Box 85520
Richmond, VA 23285

Chase
Po Box 15298
Wilmington, DE 19850

Children's Memorial Hospital
2300 Children's Plaza
Saint Charles, IL 60174-3394

Children's Surgical Foundation, Inc
Van Ru Credit Corporation
1350 E. Touy Ave, Sute 100
Des Plaines, IL 60018-3307

Cisco, Inc
Ron Gentry ext 3383
1702 Townhurst Dr.
Houston, TX 77043

Copy All Service
2901 N. Peoria
Peru, IL 61354

David Miller
Baker & Miller, P.C.
29 N. Wacker Dr., 5th Floor
Chicago, IL 60606-2854

Delnor Community Hospital
Mail Processing Center
P.O. Box 739
Moline, IL 61266-0739

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Fox Valley Women&Children's Health
3310 W. Main Street #200
Saint Charles, IL 60175

GFC Leasing
PO Box 2290
Madison, WI 53701-2290

Home Pages
American marketing & Publishing LLC
DeKalb, IL 60115

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

IRS: Deparment of Treasury
P.O. Box 804527
Cincinnati, OH 45280-4527

Law Office of K.O. Johnson
P.O. Box 84
Sycamore, IL 60178
ISAC
1755 Lake Cook Rd
Deerfield, IL 60015

Kelley Investments, LLC
c/o James Kelley, Agent
964 Ginger Lane
Geneva, IL 60134

Kimberly A. Polke
501 Georjean Court
Sycamore, IL 60178

Leasecomm
16 Ne Exec Office Park S
Burlington, MA 01803

Marian C. Johnson
Kevin A. Johnson
P.O. Box 138
Barrington, IL 60010

Med Busi Bur
1460 Renaissance Drive Ste 400
Park Ridge, IL 60068

Medical Business Bureau, LLC
P.O. Box 1219
Park Ridge, IL 60068-7219

Merchants Credit Guide
223 W Jackson Blvd Ste 4
Chicago, IL 60606

Neopost Inc
P.O. Box 45800
San Francisco, CA 94145-0800

Pediatric Anesthesia Ass Ltd
75 Remittance Dr, Suite 6187
Chicago, IL 60675

Rachel E. Stephens
Lathrop & Gage
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108

Smith, Wykes & Oncken
513 W. State St.
Sycamore, IL 60178

State Collection Servi
2509 S Stoughton Rd
Madison, WI 53716

Thomson West
P.O. Box 64833
Saint Paul, MN 55164-0833

Trans Union LLC
P.O. Box 99506
Chicago, IL 60693-9506

Transworld Systems

Collection Agency
1375 E. Woodfield Rd, # 110
Schaumburg, IL 60173

Tri City Radiology
9410 Compubill Drive
Orland Park, IL 60462

Verizon Directories
P.O. Box 619480
Dallas, TX 75261-9480

WDKB-FM
2201 N. First Street
DeKalb, IL 60115

West Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

Yellowbook U.S.A.
2201 Renaissance Blvd.
King of Prussia, PA 19406